FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5/7/25

SEAN F. McAVOY, CLERK

*AUSA: CAB*

*County: Grant*

*In Re Affidavit in Support of a Criminal Complaint for Cesar Concepcion ADAME*

## AFFIDAVIT

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | |
| | ) | ss |
| Spokane County | ) | |

## AFFIDAVIT IN SUPPORT

I, Edgar Salazar, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I make this affidavit in support of a criminal complaint seeking the arrest of Cesar Concepcion ADAME for violations of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine.

2.      I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA") and have been since 2024.  I am also a Police Officer with the Moses Lake Police Department ("MLPD").  I have been employed as a MLPD Police Officer since July of 2015 and as a Detective with the MLPD Street Crimes Unit from November of 2021 to the present.  As a State certified Law Enforcement Officer and a Federal TFO, I have participated in the execution of numerous state and federal search warrants, including searches for evidence related to the illegal possession of and trafficking of firearms and controlled substances.

3.      I am familiar with the identification of various controlled substances, to include but not limited to methamphetamine, cocaine, heroin, and counterfeit fentanyl-laced pills.  I am also familiar with the various methods used by

individuals to obtain, possess, transport, and/or sell controlled substances and the modus operandi utilized by members of a drug trafficking organization.

4.      The facts set forth below are based upon (1) my own personal observations; (2) reports and information from other law enforcement agents or government agencies; (3) other documents obtained during the course of the investigation; and (4) evidence collected through investigative operations.  Because this affidavit is being submitted solely for establishing probable cause to charge Cesar Concepcion ADAME, I have not included every fact known to me about this investigation and only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

### FACTS SUPPORTING PROBABLE CAUSE

5.      On May 6, 2025, the Moses Lake Police Department and the Interagency Narcotics Enforcement Team ("INET") Detectives served several search warrants in Grant County connected to criminal conduct by Cesar Conception ADAME ("ADAME"), to include several instances of Assault and Robbery.

6.      One of the locations included on the search warrant was ADAME's known address 215 W. Nelson Rd Apt 11 in Moses Lake, Washington, where he lives with his wife Lacey ADAME[1].  At approximately 1550 hours, ADAME was located and arrest, and a search warrant was served on his residence.   During the search warrant service, investigators found suspected methamphetamine in multiple locations throughout the residence:

   a. In a black lunchbox in the living room with the letters "CA" on it, was just shy of 2 grams of methamphetamine.  It is believed this

---

[1] During the execution of the search warrant, Lacey ADAME stated she and Cesar ADAME live at the residence; however, she was in the process of moving out.

Complaint Affidavit (25-mj-00240-JAG) 2

lunchbox belongs to ADAME as "CA" are his initials and records show he has "CA" tattooed on his left hand.

b. In a black baseball glove on the dining room table, was two baggies containing approximately 7.06 grams of methamphetamine.

c. In a silver cannister in what appears to be a spare bedroom, was approximately 58.13 grams of methamphetamine.

d. In a fake flowerpot on the TV stand in the living room, was approximately 40.9 grams of methamphetamine.

In total, investigators recovered approximately 124 grams of methamphetamine. The drugs from the fake flowerpot, and cannister were field tested and were found to be presumptively positive for methamphetamine.

7.      Additionally, based on my training and experience and review of laboratory reports from the Drug Enforcement Administration Laboratory on the purity of methamphetamine seized in this area over the last several years, and in consultation with DEA Special Agents, I believe there is probable cause to conclude there will be more than 50 grams of actual (pure) methamphetamine in the methamphetamine seized from ADAME's residence.

8.      Additionally, given the weight of the drugs and the way the larger quantities were packaged, based on my training and experience, I believe there is probable cause to conclude ADAME possessed the methamphetamine with the intent to distribute it.

## CONCLUSION

9.      Based on the aforementioned details, I submit that there is probable cause to believe that ADAME committed the offense of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine on May 06, 2025, in the Eastern District of Washington.

Complaint Affidavit (25-mj-00240-JAG) 3

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.


Respectfully Submitted,


*EDGAR SALAZAR*
Edgar Salazar, Task Force Officer
Drug Enforcement Administration


Sworn to telephonically and signed electronically on this 7th day of May, 2025.


James A. Goeke
United States Magistrate Judge


Complaint Affidavit (25-mj-00240-JAG) 4